FILED

10/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0207

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0207

_____

KIRK EAKIN and CATHY EAKIN,

      Plaintiffs and Appellants,

   v.                          O R D E R

STATE OF MONTANA and LEO GALLAGHER,

      Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Lewis and Clark County District Court Judge, Department 4.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 21 2020